UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61176-WPD

WESMI DAOUT,

    Plaintiff,

v.

MEDICAL TRANSPORT SOLUTIONS, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

## JUDGMENT

THIS CAUSE is before the Court upon Plaintiff Wesmi Daout's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice") [DE 35], filed herein on May 24, 2021. The Court has carefully considered the Notice, the Offer [DE 35-1], and is otherwise fully advised in the premises.

"When a plaintiff's FLSA claim is compromised, acceptance of a Rule 68 offer of judgment does not relieve the Court of its duty to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" as required by *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir.1981)." *Sommer v. Augie My Boy, LLC*, No. 2:14-CV-77-FTM-29CM, 2015 WL 268991, at *1 (M.D. Fla. Jan. 21, 2015); *see also Kingsley v. Noonan*, No. 6:12-CV-500-ORL-22, 2012 WL 5378743, at *1 (M.D. Fla. Oct. 31, 2012); *c.f. Mackenzie v. Kindred Hospitals E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003) (holding that *Lynn's Food Stores* fairness analysis does not apply where defendant offered plaintiff more than full relief). The Court has reviewed the record and the Offer, and finds that the settlement is fair and

reasonable.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in the amount of $2,800.00 in favor of Plaintiff Wesmi Daout and against Defendant Medical Transport Solutions, Inc., for which sum let execution issue forthwith.

2. The Court shall retain jurisdiction to determine the reasonable amount of attorneys' costs and fees, upon timely motion by Plaintiff.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 26th day of May, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record