UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61176-WPD

WESMI DAOUT,

    Plaintiff,

v.

MEDICAL TRANSPORT SOLUTIONS, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

## FINAL ORDER APPROVING FLSA SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Joint Notice of Settlement, Request for Judicial Approval, and Order Dismissing the Case With Prejudice (the "Joint Notice") [DE 37], filed herein on July 23, 2021. The Court has carefully considered the Joint Notice, and is otherwise fully advised in the premises.

"When a plaintiff's FLSA claim is compromised, acceptance of a Rule 68 offer of judgment does not relieve the Court of its duty to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" as required by *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir.1981)." *Sommer v. Augie My Boy, LLC*, No. 2:14-CV-77-FTM-29CM, 2015 WL 268991, at *1 (M.D. Fla. Jan. 21, 2015); *see also Kingsley v. Noonan*, No. 6:12-CV-500-ORL-22, 2012 WL 5378743, at *1 (M.D. Fla. Oct. 31, 2012); *c.f. Mackenzie v. Kindred Hospitals E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003) (holding that *Lynn's Food Stores* fairness analysis does not apply where defendant offered plaintiff more than full relief). The Court has reviewed the record and the relevant terms of the settlement, and finds

that the settlement is fair and reasonable.

        Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Notice of Settlement, Request for Judicial Approval, and Order Dismissing the Case With Prejudice is [DE 37] **GRANTED**;

2. The parties' settlement is **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE**;

4. This case shall remain **CLOSED**.

        **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 23rd day of July, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record